IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 99-10-JJF |
| RANGI KNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Thomas McDonough as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Keith M. Rosen.

COLM F. CONNOLLY
United States Attorney

By: /s/ Keith M. Rosen
Keith M. Rosen
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
keith.rosen@usdoj.gov

Dated: February 26, 2008